IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  13-cv-01360-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:           December 30, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*  *Counsel:*

A M J APARTMENT CORP.,                       Kerri J. Atencio

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE        Jonathan M. Allen
COMPANY OF AMERICA,

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in session:     9:59 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the need for the status conference and Plaintiff's **Motion to Further Amend Amended Scheduling Order** [Doc. No. 34]. Discussion between the court and Plaintiff's counsel regarding extending the discovery deadlines in the case.

Discussion between the court and the parties regarding expert discovery and the potential for the case to be resolved on summary judgment motions.

**ORDERED:**     Plaintiff's *Motion to Further Amend Amended Scheduling Order* [Doc. No. 34, filed 12/27/2013] is **GRANTED.**

    Affirmative experts must be disclosed **on or before January 23, 2014.**

    Rebuttal experts must be disclosed **on or before February 23, 2014.**

    All discovery must be completed **on or before March 23, 2014.**

    Dispositive motions shall be filed **on or before March 30, 2014.**

The court notes it will not grant a further extension of the discovery deadlines.

Plaintiff's counsel raises the possibility of a settlement conference before the court.

**10:11 a.m.**         **Off the record.**

**10:20 a.m.**         **On the record.**

**ORDERED:**         The Final Pretrial Conference set for April 30, 2014 is **VACATED** and **RESET** to **June 26, 2014 at 10:45 a.m.**

HEARING CONCLUDED.
**Court in recess:     10:22 a.m.**
Total time in court:    00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.